EXHIBIT A



To Promote the Progress of Science and Useful Arts

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)



US0D1020133S

## (12) United States Design Patent
### Zhu

(10) Patent No.: **US D1,020,133 S**
(45) Date of Patent: ⁎⁎ **Mar. 26, 2024**

(54) **BRUSH FOR ANIMALS**

(71) Applicant: **Heng Zhu**, Huanggang (CN)

(72) Inventor: **Heng Zhu**, Huanggang (CN)

(⁎⁎) Term: **15 Years**

(21) Appl. No.: **29/916,645**

(22) Filed: **Nov. 14, 2023**

(30) **Foreign Application Priority Data**

Sep. 7, 2023 (CN) .......................... 202330581602.0

(51) **LOC (14) Cl.** ............................... **30-99**
(52) **U.S. Cl.**
USPC ....................................... **D30/158**
(58) **Field of Classification Search**
USPC ......... D30/158, 159, 199; D4/114, 115, 116, D4/117, 119, 137
CPC ..... A01K 13/00; A01K 13/001; A01K 13/002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D461,057 S | ⁎ | 8/2002 | Flores | D4/130 |
| 9,049,973 B1 | ⁎ | 6/2015 | Arrieta | A47L 13/16 |
| D782,132 S | | 3/2017 | Cathaud | |
| D792,034 S | | 7/2017 | Dornbierer | |
| D935,706 S | ⁎ | 11/2021 | Takla | D30/158 |
| D938,055 S | ⁎ | 12/2021 | Yang | D24/211 |
| D938,653 S | ⁎ | 12/2021 | Liu | D4/130 |
| D939,102 S | ⁎ | 12/2021 | Niedermann | D24/215 |
| D955,043 S | ⁎ | 6/2022 | Zhu | D28/35 |
| D998,911 S | ⁎ | 9/2023 | Kim | D4/130 |
| D1,000,839 S | ⁎ | 10/2023 | Endee | D4/114 |
| D1,001,395 S | ⁎ | 10/2023 | Liu | D30/158 |
| D1,006,457 S | ⁎ | 12/2023 | Wyss | D4/118 |

OTHER PUBLICATIONS

"Spray Comb For Cats" available Dec. 29, 2023, [online], [site visited Dec. 29, 2023]. Retrieved from Internet, URL:https://www.amazon.com/Spray-Comb-Cats-Steamy-Brush/dp/B0CN6LMVSS?th=1 (Year: 2023).⁎
"Pet Life 'Swasher'" available Apr. 5, 2023, [online], [site visited Dec. 29, 2023]. Retrieved from Internet, URL:https://www.amazon.com/Swasher-Shampoo-Dispensing-Massage-Bathing/dp/B098R52QL3/ref=asc_df_B098R52QL3/ (Year: 2023).⁎
"3 In1 Pet Electric Spray Massage Comb" available Dec. 7, 2023, [online], [site visited Dec. 29, 2023]. Retrieved from Internet, URL:https://www.aliexpress.us/item/3256806041984028.html (Year: 2023).⁎
"Steamy Cat Brush" available Nov. 17, 2023, [online], [site visited Dec. 29, 2023]. Retrieved from Internet, URL:https://www.amazon.com/Cleaning-Massage-Grooming-Removing-Tangled/dp/B0CNKFF86X/ref=sr_1_6 (Year: 2023).⁎

⁎ cited by examiner

Primary Examiner — Katrina N Gonzalez
(74) Attorney, Agent, or Firm — Jeenam Park

(57) **CLAIM**

The ornamental design for a brush for animals, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, right and top perspective view of a brush for animals, showing my new design;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7